Use the Tab key to move from field to field on this form.

CO-386
10/2018

# United States District Court
# For the District of Columbia

Democracy Forward Foundation

Plaintiff

vs

U.S. Immigration and Customs Enforcement, et al.

Defendant

Civil Action No. 26-cv-03544-TJK

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for Democracy Forward Foundation certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Democracy Forward Foundation which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

[signature]
Signature

90025922
BAR IDENTIFICATION NO.

Daniel H. Martinez
Print Name

P.O. Box 34553
Address

Washington D.C. 20043
City State Zip Code

202-448-9090
Phone Number