AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Democracy Forward Foundation
*Plaintiff*
v.
U.S. Immigration and Customs Enforcement, et al.
*Defendant*

Case No. 1:26-cv-03544

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Democracy Forward Foundation .

Date: 10/13/2026

*Attorney's signature*

Ronald A. Fein (DC Bar No: 90026641)
*Printed name and bar number*

P.O. Box 34553
Washington, DC 20043
*Address*

rfein@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 921-4875
*FAX number*

Print Save As... Reset