# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Democracy Forward Foundation**
**Plaintiff**

**vs**

**Immigration and Customs Enforcement**
**Defendant**

**Case Number: 1:26-cv-03544**

## AFFIDAVIT OF MAILING SERVICE

I, Laura Creekmore, the undersigned, and does hereby swear and affirm that affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in this matter and has a business address of 18403 Woodfield Road, Suite A Gaithersburg, MD 20879.

I, Laura Creekmore, certify that on 10/13/2026, I mailed by Priority 2 Day Return Receipt Certified a copy of the within **Summons & Complaint** upon the within named **U.S. Department of Homeland Security**, in the following manner,

**(XX) MAILING SERVICE:** By placing a true copy of each document in the United States mail, in a sealed envelope by Priority Mail 2-Day with Certified Mail #9402836208551275282308 with Return Receipt . The sealed envelope was signed for on **10/14/2026 .** (Exhibit A)

Addressed As Follows: **U.S. Department of Homeland Security, 2707 Martin Luther King Jr Ave SE, Washington, DC 20528**

I, Laura Creekmore, certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

11/3/26
*Date*

90040

**Laura Creekmore**
P.O. Box 18647
Washington, DC 20036
202-296-0222

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-03544

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. Department of Homeland Security
was received by me on *(date)* 10/13/2026 .

☐ I personally served the summons on the individual at *(place)* ____________________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________________ on *(date)* __________ ; or

I returned the summons unexecuted because ____________________ ; or

☒ Other *(specify)*: **Mailed by Certified Mail 9402836208551275282308 to 2707 Martin Luther King Jr Ave SE, Washington, DC 20528 on 10/13/2026. Service was signed for on 10/14/2026. (See Exhibit A)**

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: 10/14/2026

[signature]
*Server's signature*

Laura Creekmore, Process Server
*Printed name and title*

90040

P.O. Box 18647, Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons & Complaint

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

**9402836208551275282308**

Copy Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 11:29 am on October 14, 2026 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20528
October 14, 2026 11:29 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**Return Receipt Electronic**

**USPS Tracking Plus®**

**Product Information**

See Less ^

EXHIBIT A