UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | Civil Action No. 26-3544 (TJK) |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants U.S. Immigration and Customs Enforcement and U.S. Department of Homeland Security respectfully move for an extension of Defendants' time to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) to Monday, November 30, 2026. A proposed order is attached.

In support of this Motion, Defendants state as follows:

1. Defendants' deadline for responding in this action under the Freedom of Information Act ("FOIA") is currently November 12, 2026.

2. Defendants respectfully submit that good cause supports the requested extension to November 30, 2026, because agency counsel require additional time to prepare a response to the complaint, which relates to a total of six FOIA requests to the Defendants. This is the first extension requested by either party in this matter and the requested extension would not affect any other deadlines in this case. Undersigned counsel acknowledges that under this Court's standing order, requests for an extension of time must ordinarily be submitted at least four days in advance of the relevant deadline; compliance with that provision was impracticable here because the need for the requested extension only recently became clear.

3. Pursuant to Local Civil Rule 7(m), the undersigned conferred via electronic mail with Plaintiff's counsel, who advised that Plaintiff does not oppose this motion.

Dated: November 11, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *__/s/ Andrew J. Vaden____________*
ANDREW J. VADEN, D.C. Bar #1044860
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2437

*Attorneys for the United States of America*