UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | Civil Action No. 26-3544 (TJK) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Motion to Extend Time to Respond, and for good cause shown, it is hereby ORDERED that Defendants' motion is GRANTED. Defendants shall answer or otherwise respond to Plaintiff's Complaint on or before November 30, 2026.

SO ORDERED.

Dated:

______________________________
TIMOTHY J. KELLY
United States District Judge